IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NCM WIRELESS INC.,<br>BLUE POINT SOLUTIONS LLC,<br>THE VIOLET SHOPPE LLC, and<br>LUXCLUB, INC.<br><br>        Plaintiffs,<br><br>  v.<br><br>MARKMONITOR INC.<br><br>        Defendant. | Civil Action No. 1:16-cv-24924<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF's VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs NCM Wireless Inc., Blue Point Solutions LLC, The Violet Shoppe LLC, and Luxclub, Inc. hereby voluntarily dismiss all claims against Defendant MarkMonitor Inc. with prejudice.

- 2 -

Respectfully submitted, this December 21, 2016.

          Respectfully submitted,

By:   /s/ Jeffrey T. Breloski
       Jeffrey T. Breloski
       Florida Bar No. 018077
       E-mail: jbreloski@ATLawip.com

ATLAW*IP* LLC
2065 Compton Way
Johns Creek, Georgia 30022
678.667.3491
770.680.2461 (fax)

          Ryan T. Santurri
          Florida Bar No. 015698
          E-mail: rsanturri@addmg.com

ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, #1401
Orlando, Florida 32801
407.841.2330
407.841.2343 (fax)

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I also certify that I have electronically filed a copy of the foregoing and understand that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and that parties may access this filing through the CM/ECF system.

Dated:  December 21, 2016

/s/ Jeffrey T. Breloski
Jeffrey T. Breloski
Florida Bar No. 18077
E-mail:  jbreloski@ATLawip.com